## **TABLE OF EXHIBITS**

2021 August 6, 2021 Promotional Agreement................................Exhibit 1

Affidavit of Aaron Alfaro................................................................Exhibit 2